THE STATE OF WASHINGTON, *Respondent*, v. JESSE EDWIN GOETZ, *Appellant*.

Released by mistake. See 121 Wn. App. 1040.

[Nos. 28498-7-II; 28499-5-II.   Division Two.   September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK STEVEN TREMBLAY, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Thurston County, Nos. 01-1-01990-6 and 01-1-01988-4, Wm. Thomas McPhee, J., entered March 1, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28659-9-II.   Division Two.   September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS ARMIJO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04764-9, Stephanie A. Arend and Thomas Felnagle, JJ., entered April 4, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Armstrong, JJ.

[No. 28789-7-II.   Division Two.   September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. VERDON ISAAKO MALO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00284-8, Brian M. Tollefson, J., entered May 10, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.